## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| CITY OF MAPLE HEIGHTS, OHIO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, INC., and HULU, LLC, <br><br> Defendants. | Case No. 1:20-CV-01872 <br><br> Hon. James S. Gwin <br><br> Magistrate Judge Thomas M. Parker |

### PLAINTIFF CITY OF MAPLE HEIGHTS, OHIO'S
### MOTION FOR CLASS CERTIFICATION AND APPOINTMENT
### OF CLASS REPRESENTATIVE AND CLASS COUNSEL

Plaintiff City of Maple Heights, Ohio ("Plaintiff"), hereby moves the Court, pursuant to Rules 23(a), 23(b)(2), and 23(b)(3) of the Federal Rules of Civil Procedure, for an Order certifying a class defined as:

> All Ohio municipalities in which one or more of the Defendants has provided video service (the "Class").

(Compl., ECF No. 1 at ¶ 24) and appointing Plaintiff as Class Representative. Plaintiff also moves, pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, for the appointment of DiCello Levitt Gutzler LLC; Nix Patterson, LLP; and Schneider Wallace Cottrell Konecky, LLP, as Class Counsel.

In support of its motion, Plaintiff submits its contemporaneously-filed Memorandum of Law, which demonstrates that (1) the proposed Class is so numerous that joinder of all class members is impracticable; (2) there are questions of law or fact common to the Class; (3) Plaintiff's claims are typical of the other Class members' claims; (4) Plaintiff and its counsel will fairly and adequately protect the interests of the proposed Class; (5) Defendants Netflix, Inc. and Hulu, LLC

have acted or refused to act on grounds that apply generally to the class, so that declaratory relief is appropriate with respect to the Class as a whole; (6) the questions of law or fact common to the members of the propose Class predominate over any questions affecting only individual Class members; and (7) class treatment is superior to other available methods for fairly and efficiently adjudicating the controversy.  In further support of its motion, Plaintiff also submits the expert reports of David J. Malfara, Sr. and David Simon, filed contemporaneously herewith.

**WHEREFORE**, Plaintiff respectfully requests that the Court issue an Order certifying the proposed Class pursuant to Rules 23(b)(2) and/or 23(b)(3) of the Federal Rules of Civil Procedure, appointing the City of Maple Heights, Ohio as Class Representative, and appointing DiCello Levitt Gutzler LLC; Nix Patterson, LLP; and Schneider Wallace Cottrell Konecky, LLP, as Class Counsel, pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

Dated:  April 19, 2021

Respectfully submitted,

*/s/ Justin J. Hawal*
Mark A. DiCello (0063924)
Justin J. Hawal (0092294)
**DiCELLO LEVITT GUTZLER LLC**
7556 Mentor Avenue
Mentor, Ohio  44060
Tel:  440-953-8888
madicello@dicellolevitt.com
jhawal@dicellolevitt.com

Adam J. Levitt
Mark S. Hamill (*pro hac vice*)
Brittany Hartwig (*pro hac vice*)
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
Tel:  312-314-7900
alevitt@dicellolevitt.com
mhamill@dicellolevitt.com
bhartwig@dicellolevitt.com

Austin Tighe*
Michael Angelovich*

**NIX PATTERSON, LLP**
3600 North Capital of Texas Highway
Building B, Suite 350
Austin, Texas  78746
Tel: 512-328-5333
atighe@nixlaw.com
mangelovich@nixlaw.com

C. Cary Patterson*
**NIX PATTERSON, LLP**
2900 St. Michael Drive, 5th Floor
Texarkana, Texas  75503
Tel:  903-223-3999
ccp@nixlaw.com

Peter Schneider*
**SCHNEIDER WALLACE COTTRELL
KONECKY, LLP**
3700 Buffalo Speedway, Ste. 1100
Houston, Texas  77098
Tel:  713-338-2560
pschneider@schneiderwallace.com

Todd M. Schneider*
Jason H. Kim*
**SCHNEIDER WALLACE COTTRELL
KONECKY, LLP**
2000 Powell Street, Suite 1400
Emeryville, California  94608
Tel:  415-421-7100
tschneider@schneiderwallace.com
jkim@schneiderwallace.com

***Counsel for Plaintiff and the Proposed
Class***

\* *Pro Hac Vice* applications to be filed

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was filed electronically using the Court's CM/ECF service, which will send notification of such filing to all counsel of record on this 19th day of April 2021.

/s/ Justin J. Hawal
Justin J. Hawal
**DiCELLO LEVITT GUTZLER LLC**