The Court grants motion to stay deadlines 9/28/2021 and directs parties to file joint status reports every 45 days describing the Ohio Supreme Court status.

*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **CITY OF MAPLE HEIGHTS, OHIO,** | ) | **CASE NO.: 1:20-CV-01872** |
| | ) | |
| Plaintiff, | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| v. | ) | **MAGISTRATE JUDGE** |
| | ) | **THOMAS M. PARKER** |
| **NETFLIX, INC.,** *et al.*, | ) | |
| | ) | **JOINT MOTION TO STAY** |
| Defendants. | ) | **DEADLINES** |
| | ) | |

Plaintiff the City of Maple Heights, Ohio and Defendants Netflix, Inc. and Hulu, LLC (collectively, the "Parties") respectfully request that the Court stay all deadlines in this case.

On September 22, 2021, the Ohio Supreme Court accepted this Court's Certified Question of State Law. (See, Ohio Supreme Court Case No. 2021-0864). Because the Ohio Supreme Court's ruling will directly impact the trajectory of this case, the Parties request that new dates be scheduled once the Ohio Supreme Court has issued its ruling. A stay of the deadlines in this case will also enable the parties to turn their attention to the merit briefing schedule in the Ohio Supreme Court. Thus, this request is not being made for purposes of delay.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court grant this motion, stay all deadlines, and establish a new case schedule after the Ohio Supreme Court issues its ruling on the questions of state law.

*On behalf of Plaintiff
City of Maple Heights:*

*/s/ Justin J. Hawal (per approval)*

*On behalf of Defendant
Netflix, Inc.:*

*/s/ Gregory C. Djordjevic (per approval)*