**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **CITY OF MAPLE HEIGHTS, OHIO,** | ) | **CASE NO.: 1:20-CV-01872** |
| | ) | |
| Plaintiff, | ) | **JUDGE BRIDGET MEEHAN** |
| | ) | **BRENNAN** |
| v. | ) | |
| | ) | **MAGISTRATE JUDGE** |
| **NETFLIX, INC.,** *et al.*, | ) | **THOMAS M. PARKER** |
| | ) | |
| Defendants. | ) | <u>**JOINT STATUS REPORT**</u> |
| | ) | **AS OF SEPTEMBER 22, 2022** |
| | ) | |

Under the Court's September 28, 2021 Order (ECF No. 88), Plaintiff City of Maple Heights, Ohio, Defendant Netflix, Inc., and Defendant Hulu, LLC (collectively, the "Parties") are to provide the Court with a Status Report in the above-captioned action every forty-five (45) days. This Status Report governs the period of time between the Parties' August 8, 2022 Joint Status Report and today's date.

On September 22, 2021, the Ohio Supreme Court accepted this Court's Certified Questions of State Law. *See* Ohio Supreme Court Case No. 2021-0864. On November 1, 2021, Defendants, as the designated Petitioners, filed their merits briefs. The State of Ohio also filed a Merits Brief of *Amicus Curiae* State of Ohio in Support of Petitioners, and DIRECTV, LLC, DISH Network Corp., and DISH Network L.L.C. filed Briefs of *Amicus Curiae* in Support of Petitioners. On December 1, 2021, Plaintiff filed its merits response brief with the Ohio Supreme Court. On December 21, 2021, Defendants filed their merits reply briefs with the Ohio Supreme Court. DIRECTV, LLC also filed a Merits Reply Brief of *Amicus Curiae* in Support of Petitioners.

The Ohio Supreme Court held oral argument on April 13, 2022, during which counsel for Plaintiffs as well as counsel for Defendants and the State of Ohio presented argument, and the

matter is now fully briefed and argued to the Ohio Supreme Court.

*On behalf of Plaintiff*
*City of Maple Heights:*

*/s/ Justin J. Hawal (via email consent)*
Mark A. DiCello (0063924)
Justin J. Hawal (0092294)
**DICELLO LEVITT GUTZLER LLC**
7556 Mentor Avenue
Mentor, Ohio 44060
Tel: 440-953-8888
madicello@dicellolevitt.com
jhawal@dicellolevitt.com

Adam J. Levitt*
Mark Hamill (*pro hac vice*)
Brittany Hartwig (*pro hac vice*)
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: 312-314-7900
alevitt@dicellolevitt.com
mhamill@dicellolevitt.com
bhartwig@dicellolevitt.com

Austin Tighe (*pro hac vice*)
Michael Angelovich (*pro hac vice*)
**NIX PATTERSON, LLP**
3600 North Capital of Texas Highway
Building B, Suite 350
Austin, Texas 78746
Tel: 512-328-5333
atighe@nixlaw.com
mangelovich@nixlaw.com

C. Cary Patterson*
**NIX PATTERSON, LLP**
2900 St. Michael Drive, 5th Floor
Texarkana, Texas 75503
Tel: 903-223-3999
ccp@nixlaw.com

*On behalf of Defendant*
*Netflix, Inc.:*

*/s/ Gregory C. Djordjevic*
Amanda Martinsek (Ohio Bar No. 0058567)
Gregory C. Djordjevic (Ohio Bar No. 0095943)
**ULMER & BERNE LLP**
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
Tel.: 216-583-7000 / Fax: 216-583-7001
Email: amartinsek@ulmer.com
Email: gdjordjevic@ulmer.com

Jean A. Pawlow (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: 202-637-2200/Fax: 202-637-2201
Email: jean.pawlow@lw.com

Mary Rose Alexander (*pro hac vice*)
Robert C. Collins III (*pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Ave., Suite 2800
Chicago, IL 60611
Tel.: 312-876-7700/Fax: 312-993-9767
Email: mary.rose.alexander@lw.com
Email: robert.collins@lw.com

*Counsel for Defendant Netflix, Inc.*

*On behalf of Defendant*
*Hulu, LLC:*

*/s/ Kerri L. Keller (via email consent)*
Kerri L. Keller (Ohio Bar No. 0075075)
BROUSE MCDOWELL
388 S. Main St., Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711

Peter Schneider*
**SCHNEIDER WALLACE**
**COTTRELL KONECKY, LLP**
3700 Buffalo Speedway, Ste. 1100
Houston, Texas 77098
Tel: 713-338-2560
pschneider@schneiderwallace.com

Todd M. Schneider*
Jason H. Kim*
**SCHNEIDER WALLACE**
**COTTRELL KONECKY, LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: 415-421-7100
tschneider@schneiderwallace.com
jkim@schneiderwallace.com

*Counsel for Plaintiff City of Maple Heights*

\* *Pro Hac Vice* applications to be filed

Facsimile: (330) 253-8601
kkeller@brouse.com


Victor Jih (*pro hac vice*)
**WILSON SONSINI**
**GOODRICH & ROSATI**
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-1650
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
vjih@wsgr.com


*Counsel for Defendant Hulu, LLC*

# **CERTIFICATE OF SERVICE**

I hereby certify that, on September 22, 2022, a copy of the foregoing was filed electronically and sent to all counsel of record by operation of the Court's CM/ECF System.

*/s/ Gregory C. Djordjevic*
*Counsel for Defendant Netflix, Inc.*