# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **CITY OF MAPLE HEIGHTS, OHIO,** | ) | **CASE NO.: 1:20-CV-01872** |
| | ) | |
| Plaintiff, | ) | **JUDGE BRIDGET MEEHAN** |
| | ) | **BRENNAN** |
| v. | ) | |
| | ) | **MAGISTRATE JUDGE** |
| **NETFLIX, INC.,** *et al.*, | ) | **THOMAS M. PARKER** |
| | ) | |
| Defendants. | ) | **JOINT STIPULATION OF** |
| | ) | **DISMISSAL** |
| | ) | |

In light of the Ohio Supreme Court's decision in *Maple Hts. v. Netflix, Inc.*, Slip Opinion No. 2022-Ohio-4174, --- N.E.3d ---, 2022 WL 17331374, Plaintiff the City of Maple Heights, Ohio, and Defendants Netflix, Inc. and Hulu, LLC (collectively, the "Parties"), hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of Plaintiff's Complaint (ECF No. 1), with prejudice. The dismissal of Plaintiff's Complaint (ECF No. 1), with prejudice, renders Defendant Netflix, Inc.'s Counterclaim (ECF No. 22) moot, necessitating the dismissal of the entire action.

WHEREFORE, for the foregoing reasons, the Parties stipulate to: (1) the dismissal of Plaintiff's Complaint (ECF No. 1), with prejudice; (2) the dismissal of Defendant Netflix, Inc.'s Counterclaim (ECF No. 22), as moot; and (3) the dismissal of the above-captioned action in its entirety.

| On behalf of Plaintiff City of Maple Heights: | On behalf of Defendant Netflix, Inc.: |
|---|---|
| */s/ Justin J. Hawal* | *Gregory C.Djordjevic* |
| Mark A. DiCello (0063924) | Amanda Martinsek (Ohio Bar No. 0058567) |
| Justin J. Hawal (0092294) | Gregory C. Djordjevic (Ohio Bar No. 0095943) |
| **DiCELLO LEVITT GUTZLER LLC** | **ULMER & BERNE LLP** |
| 7556 Mentor Avenue | 1660 West 2nd Street, Suite 1100 |
| Mentor, Ohio 44060 | Cleveland, Ohio 44113-1448 |
| Tel: 440-953-8888 | Tel.: 216-583-7000 / Fax: 216-583-7001 |
| madicello@dicellolevitt.com | Email: amartinsek@ulmer.com |
| jhawal@dicellolevitt.com | Email: gdjordjevic@ulmer.com |
| | |
| Adam J. Levitt* | Jean A. Pawlow (*pro hac vice*) |
| Mark Hamill (*pro hac vice*) | **LATHAM & WATKINS LLP** |
| Brittany Hartwig (*pro hac vice*) | 555 Eleventh Street, NW, Suite 1000 |
| **DiCELLO LEVITT GUTZLER LLC** | Washington, D.C. 20004-1304 |
| Ten North Dearborn Street, Sixth Floor | Tel.: 202-637-2200/Fax: 202-637-2201 |
| Chicago, Illinois 60602 | Email: jean.pawlow@lw.com |
| Tel: 312-314-7900 | |
| alevitt@dicellolevitt.com | Mary Rose Alexander (*pro hac vice*) |
| mhamill@dicellolevitt.com | Robert C. Collins III (*pro hac vice*) |
| bhartwig@dicellolevitt.com | **LATHAM & WATKINS LLP** |
| | 330 North Wabash Ave., Suite 2800 |
| Austin Tighe (*pro hac vice*) | Chicago, IL 60611 |
| Michael Angelovich (*pro hac vice*) | Tel.: 312-876-7700/Fax: 312-993-9767 |
| **NIX PATTERSON, LLP** | Email: mary.rose.alexander@lw.com |
| 3600 North Capital of Texas Highway | Email: robert.collins@lw.com |
| Building B, Suite 350 | |
| Austin, Texas 78746 | *Counsel for Defendant Netflix, Inc.* |
| Tel: 512-328-5333 | |
| atighe@nixlaw.com | On behalf of Defendant |
| mangelovich@nixlaw.com | Hulu, LLC: |
| | |
| C. Cary Patterson* | |
| **NIX PATTERSON, LLP** | *Kerri L. Keller* |
| 2900 St. Michael Drive, 5th Floor | Kerri L. Keller (Ohio Bar No. 0075075) |
| Texarkana, Texas 75503 | BROUSE MCDOWELL |
| Tel: 903-223-3999 | 388 S. Main St., Suite 500 |
| ccp@nixlaw.com | Akron, OH 44311-4407 |
| | Telephone: (330) 535-5711 |
| Peter Schneider* | Facsimile: (330) 253-8601 |
| **SCHNEIDER WALLACE COTTRELL KONECKY, LLP** | kkeller@brouse.com |
| 3700 Buffalo Speedway, Ste. 1100 | |

Houston, Texas  77098
Tel:  713-338-2560
pschneider@schneiderwallace.com

Todd M. Schneider*
Jason H. Kim*
**SCHNEIDER WALLACE**
**COTTRELL KONECKY, LLP**
2000 Powell Street, Suite 1400
Emeryville, California  94608
Tel:  415-421-7100
tschneider@schneiderwallace.com
jkim@schneiderwallace.com

*Counsel for Plaintiff City of Maple Heights*

* *Pro Hac Vice* applications to be filed

Victor Jih (*pro hac vice*)
**WILSON SONSINI**
**GOODRICH & ROSATI**
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-1650
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
vjih@wsgr.com


*Counsel for Defendant Hulu, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 22, 2022, a copy of the foregoing was filed electronically and sent to all counsel of record by operation of the Court's CM/ECF System.

*/s/ Justin J. Hawal*
*Counsel for the City of Maple Heights, Ohio*
